## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

GREG DUGAS,                          :   Case No. 3:21-cv-231
                                     :
     Plaintiff,            :   District Judge Michael J. Newman
                                     :   Magistrate Judge Sharon L. Ovington
vs.                                  :
                                     :
CITY OF MORAINE OHIO, *et al*.,      :
                                     :
     Defendants.           :

---

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

---

You are hereby notified that Defendants, Wal-Mart Stores East, LP, Jon Yaney and Krissy Krznarich, filed a Motion to Dismiss on October 12, 2021.  (Doc. No. 14). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **November 5, 2021**.  If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

October 13, 2021                            *s/Sharon L. Ovington*
                                                Sharon L. Ovington
                                                United States Magistrate Judge