# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GREG DUGAS, | : | Case No. 3:21-cv-231 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| CITY OF MORAINE OHIO, *et al*., | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant Michael R. Booher filed a Motion to Dismiss on October 13, 2021.  (Doc. No. 16).  You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **November 8, 2021**.  If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

October 14, 2021

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge