# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GREG DUGAS, | : | Case No. 3:21-cv-231 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| CITY OF MORAINE, OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendants City of Moraine, Ohio, Six Unknown Moraine Ohio Police Officers, John Doe Police Officers #7, #8, and #9, Moraine Police Officer K. Yauger and Moraine Police Officer Sgt. Ellers, filed a Motion to Dismiss on October 20, 2021. (Doc. No. 18). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **November 15, 2021**. If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

October 21, 2021    *s/Sharon L. Ovington*
                    Sharon L. Ovington
                    United States Magistrate Judge