UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GREG DUGAS,

 Plaintiff,

vs.

CITY OF MORAINE, OHIO, *et al.*,

 Defendants.

Case No. 3:21-cv-231

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE (Doc. No. 1); AND (2) TERMINATING THIS CASE ON THE DOCKET**

---

 This *pro se* case is before the Court after it conditionally granted Defendants' motions to dismiss and dismissed Plaintiff's complaint without prejudice for violating Fed. R. Civ. P. 8. *See* Doc. No. 26. The Court granted Plaintiff leave to file an amended complaint within 7 days—*i.e.*, by April 20, 2022—and placed Plaintiff on notice that if he did not file his amended complaint within 7 days (by April 20, 2022), then his complaint would be dismissed with prejudice. *Id*. at 669. The time to file an amended complaint has passed, and Plaintiff has not done so. Thus, (1) his complaint is **DISMISSED WITH PREJUDICE**; and (2) this case is **TERMINATED** on the docket.

 **IT IS SO ORDERED.**

 <u>April 28, 2022</u>           s/Michael J. Newman
                       Hon. Michael J. Newman
                       United States District Judge